April 1, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

-v-

Traci Proctor
,
                    Defendant.
-------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

21 -CR- 549 (NSR)

**Check Proceeding that Applies**

__X__   Arraignment

I have been given a copy of the information containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the information; to have the information read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that:

1) TP by JLJ I have received and reviewed a copy of the information.
2) TP by JLJ I do not need the judge to read the information aloud to me.
3) I plead not guilty to the charges against me in the information.

Date: _____Jennifer Louis Jeune_____   _Traci Proctor / ABK w/ permission_
         Digitally signed by Jennifer Jeune
         Date: 2021.09.02 12:10:35 -04'00'
         _ Signature of Defendant

**Traci Proctor**
Print Name

____   Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my

attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date: _____
          Signature of Defendant

_____
Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date: _____
          Signature of Defense Counsel

_____
Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date: *9/2/21* *[signature]* Jennifer Louis-Jeune /by ASK, with permission
      Signature of Defense Counsel

Accepted: *[signature]* Andrew Krause U.S.M.J.
      Signature of Judge
Date: 9/2/21

2